IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:21CR79 |
| Plaintiff, | INDICTMENT |
| vs. | 18 U.S.C. § 2423(a) & (e) |
| BRENDEN J. JORAY, | 18 U.S.C. § 2423(b) |
| | 18 U.S.C. § 2422(b) |
| Defendant. | 18 U.S.C. § 2427 |

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2021 MAR 18 PM 4:50
OFFICE OF THE CLERK

The Grand Jury charges that

## COUNT I

Between on or about January 30, 2021, and on or about February 17, 2021, in the District of Nebraska, and elsewhere, the defendant, BRENDEN J. JORAY, did knowingly transport and attempt to transport an individual who had not attained the age of eighteen years, identified as Minor Victim 1, in interstate commerce, that is, from the State of New York through and into the states of Pennsylvania, Ohio, Indiana and Illinois, with the intent that Minor Victim 1 engage in sexual activity for which any person can be charged with a criminal offense, namely, first degree sexual assault, which was a criminal offense under Nebraska Revised Statute § 28-319(1)(c).

In violation of Title 18, United States Code, Section 2423(a) & (e).

## COUNT II

Between on or about January 30, 2021, and on or about February 17, 2021, in the District of Nebraska, and elsewhere, the defendant, BRENDEN J. JORAY, did travel and attempt to travel in interstate commerce that is, from the State of Nebraska through and into the states of New York, Pennsylvania, Ohio, Indiana and Illinois for the purpose of engaging in a sexual act (as defined in Title 18, United States Code, Section 2246) with another person, identified as Minor Victim 1, a person then under 18 years of age, that would be in violation of Title 18,

1

United States Code, Chapter 109A, if the sexual act occurred in the special maritime and territorial jurisdiction of the United States, namely, sexual abuse of a minor, which would be in violation of Title 18, United States Code, Chapter 109A, Section § 2243(a).

In violation of Title 18, United States Code, Section 2423(b) & (e).

## COUNT III

Between on or about November 1, 2020, and on or about February 17, 2021, in the District of Nebraska, and elsewhere, the defendant, BRENDEN J. JORAY, did use the mail and any facility or means of interstate commerce, to knowingly persuade, induce, and entice an individual who had not attained the age of eighteen years, identified as Minor Victim 1, to engage in any sexual activity for which any person could be charged with an offense, namely, production of child pornography, as defined in Title 18, United States Code, Section 2256(8), first degree sexual assault, which was a criminal offense under Nebraska Revised Statute § 28-319(1)(c), and communicating nudity and sexual conduct to a minor to induce a minor to engage in a sexual performance or sexual conduct, which was a criminal offense under New York Penal Law § 235.22.

In violation of Title 18 United States Code Sections 2422(b), 2427.

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

JOHN E. HIGGINS, #19546
Assistant U.S. Attorney

2