IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:21CR79 |
| vs. | ) | |
| BRENDEN J. JORAY, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on the defendant's Motion to Extend Surrender Date [55]. After considering the matter, the court will grant the motion.

IT IS ORDERED that the defendant's motion is granted, and the defendant's self-surrender date is extended to **September 1, 2022.** The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the U.S. Marshal.

DATED: August 31, 2022.

BY THE COURT:

Robert S. Rossiter, Jr.
United States District Court Judge